No. 93–1935. CURTISS-WRIGHT CORP. *v.* SCHOONEJONGEN ET AL. C. A. 3d Cir. [Certiorari granted, 512 U. S. 1288.] Motion of National Association of Securities and Commercial Law Attorneys for leave to file a brief as *amicus curiae* granted.

No. 94–3. REYNOLDSVILLE CASKET CO. ET AL. *v.* HYDE. Sup. Ct. Ohio. [Certiorari granted, *ante,* p. 921.] Motion of Brown & Szaller Co. et al. for leave to file a brief as *amici curiae* granted.

No. 94–78. MICHIGAN *v.* ASHER. Ct. App. Mich. Motion of petitioner to expedite consideration of petition for writ of certiorari denied.

No. 94–999. DOWNEY ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Motion of petitioners to expedite consideration of petition for writ of certiorari denied.

No. 94–5707. WILSON *v.* ARKANSAS. Sup. Ct. Ark. [Certiorari granted, *ante,* p. 1014.] Motion for appointment of counsel granted, and it is ordered that John Wesley Hall, Esq., of Little Rock, Ark., be appointed to serve as counsel for petitioner in this case.

No. 94–5743. GAYDOS *v.* NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH ET AL. C. A. 3d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 945] denied.

No. 94–6620. GAYDOS *v.* NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH ET AL. C. A. 3d Cir.; and

No. 94–6970. IN RE MILLER. Motions of petitioners for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioners are allowed until January 30, 1995, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

No. 94–6391. IN RE SMITH;
No. 94–6834. IN RE HIGGINS; and
No. 94–6837. IN RE SULE. Petitions for writs of mandamus denied.

No. 94–6597. IN RE HIGGINS. Petition for writ of prohibition denied.

No. 93–8640. GORDON *v.* PHAM TIEN ET AL. C. A. 5th Cir. Certiorari denied.